UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BARRY MICHAELS,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>NEXSTAR MEDIA GROUP, INC., *et al.*,<br><br>　　　　　　Defendants. | Case No. 2:18-cv-01620-JAD-GWF<br><br>**ORDER** |

This matter is before the Court on Plaintiff's Motion for Permission for Electronic Case Filing (ECF No. 9), filed on September 5, 2018.

Plaintiff requests permission to participate in the Court's CM/ECF filing system. The Court will allow Plaintiff to file future documents electronically only after he has demonstrated a basic understanding and familiarity with the CM/ECF filing system. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Permission for Electronic Case Filing (ECF No. 9) is granted subject to complying with the following procedures to activate his CM/ECF account:

    a.    On or before **October 5, 2018**, Plaintiff must provide certification that he has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices, and the Civil & Criminal Events Menu that are accessible on this court's website, www.nvd.uscourts.gov.

    b.    Plaintiff is not authorized to file electronically until said certification is filed with the Court within the time frame specified.

. . .

. . .

1

c.  Upon timely filing of the certification, Plaintiff shall contact the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

Dated this 6th day of September, 2018.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE